J. O. PRUITT v. STATE. (No. 8443.) (Court of Criminal Appeals of Texas. March 5, 1924. Rehearing Denied April 9, 1924.) Appeal from District Court, Johnson County; Irwin T. Ward, Judge. J. K. Russell, of Cleburne, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years and six months. The record is before us without bill of exceptions or statement of facts. The indictment is regular. No fundamental error has been perceived. The judgment is affirmed.